UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
16-CR-20639-WILLIAMS

UNITED STATES OF AMERICA

    Plaintiff,

v.

CORNELIUS NUNN

    Defendant.
_____/

## AMENDED REVOCATION OF SUPERVISED RELEASE ORDER TO CORRECT TERM OF IMPRISONMENT TO 3 MONTHS

**THIS MATTER** was before the Court on February 8, 2023, on a Final Revocation of Supervised Release Hearing. At that hearing, Defendant admitted to Violations 1 through 4 as set forth in the Petition dated December 19, 2022. The Court accepted the Defendant's admission and found that he violated his supervised release.

Consequently, it is **ORDERED** and **ADJUDGED** that the Defendant's term of supervised release be **REVOKED.** It is the Judgment of the Court that the Defendant be sentenced to **THREE (3) MONTHS IMPRSIONMENT**, with no supervision to follow. Defendant will self-surrender on 2/13/2023 at 12:00 pm to the U.S. Marshals Service on the 6th floor of the Wilkie D. Ferguson Federal Courthouse, 400 North Miami Avenue, Miami Florida.

Defendant was advised of his right to appeal within 14 days from the date of this judgment.

**DONE AND ORDERED** at Miami, Florida, this 9th day of March 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copy:
Counsel of Record
USPO